Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| |
|---|
| Drexel Chemical Company |
| |
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

S U M M O N S  25-00138

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Drexel Chemical Company ("Drexel") is a U.S. importer of subject merchandise and is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). Drexel was also a party to the proceeding that gave rise to the contested final determination. It therefore has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Drexel contests the final affirmative injury determinations by the International Trade Commission in the antidumping and countervailing duty investigations of 2,4-Dichlorophenoxyacetic Acid ("2,4-D") from China and India. *See 2,4-D from China and India*, 90 Fed. Reg. 21,946 (Int'l Trade Comm'n May 22, 2025); *see also 2,4-D from India and the People's Republic of China: Antidumping Duty Orders*, 90 Fed. Reg. 22243 (Dep't of Commerce May 27, 2025) and *2,4-D from the People's Republic of China and India: Countervailing Duty Orders*, 90 Fed. Reg. 22232 (Dep't of Commerce May 27, 2025).

(Brief description of contested determination)

3. May 16, 2025
(Date of determination)

4. May 22, 2025 (May 27, 2025 is the date of publication of the antidumping and countervailing duty orders)
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Deanna Tanner Okun

Signature of Plaintiff's Attorney

06/24/2025

Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Deanna Tanner Okun
Polsinelli PC
1401 I ("Eye") Street, Suite 800
Washington, DC 20005

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division 26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Director
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20530

Secretary
**U.S. International Trade Commission**
500 E. Street, S.W.
Washington, D.C. 20436