**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HONORABLE CLAIRE R. KELLY**

| | |
|---|---|
| DREXEL CHEMICAL COMPANY,<br>NUFARM AMERICAS INC., AND<br>PBI-GORDON CORPORATION,<br><br>Consolidated Plaintiffs<br><br>v.<br><br>UNITED STATES,<br><br>Defendant<br>and<br><br>CORTEVA AGRISCIENCE, LLC,<br><br>Defendant-Intervenor. | Consol. Court No. 1:25-cv-00138 |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Oral Argument, and all other papers and proceedings herein, it is hereby:

**ORDERED** that the motion is granted.

____________________________
Hon. Claire R. Kelly

Dated: ________________________, 2026
New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HONORABLE CLAIRE R. KELLY**

| | |
|---|---|
| DREXEL CHEMICAL COMPANY,<br>NUFARM AMERICAS INC., AND<br>PBI-GORDON CORPORATION,<br><br>Consolidated Plaintiffs<br><br>v.<br><br>UNITED STATES,<br><br>Defendant<br>and<br><br>CORTEVA AGRISCIENCE, LLC,<br><br>Defendant-Intervenor. | Consol. Court No. 1:25-cv-00138 |

**UNOPPOSED MOTION FOR ORAL ARGUMENT**

Pursuant to Rule 7(c) of the Rules of this Court, Consolidated Plaintiffs Drexel Chemical Company, Nufarm Americas, Inc., and PBI-Gordon Corporation ("Consolidated Plaintiffs"), respectfully move for oral argument in the above-captioned case. Consolidated Plaintiffs submit that oral argument is likely to assist the Court in its evaluation of the issues presented in this case and will benefit the parties and the Court by providing the parties with an opportunity to elaborate on the arguments contained in their briefings.

Pursuant to Rules 7(b)(1)(C) and 7(f) of the Rules of this Court, undersigned counsel consulted with counsel to Defendant United States, and Defendant-Intervenor Corteva Agriscience, LLC in this action to seek their positions on the motion via email. On September 17, 2026, both counsel to Defendant United States, Ravi Dhananjayen Soopramanien, and

counsel to Defendant-Intervenor, Weronika Bukowski, stated that their respective clients took no position on the motion for oral argument.

Respectfully submitted,

*/s/ Deanna Tanner Okun*
Deanna Tanner Okun
Lydia C. Pardini
Alissa M. Chase
Joonho Hwang
POLSINELLI PC
1401 I Street NW
Suite 800
Washington, DC 20005
Tel: 202.783.3300
Email: dtokun@polsinelli.com
*Counsel to Drexel Chemical Company*

*/s/ Daniel Lewis Porter*
Daniel Lewis Porter
James Philip Durling
Matthew Paul McCullough
William Charles Sjoberg
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, NW., Suite 8-47
Washington, DC 20036-3006
Tel: 202.663.8140
Email: daniel.porter@pillsburylaw.com
*Counsel to Nufarm Americas Inc.*

*/s/ Eric C. Emerson*
Eric C. Emerson
Kenneth Garrett Kays
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8076
Email: eemerson@steptoe.com
*Counsel to PBI-Gordon Corporation*

Dated: September 18, 2026