**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **DREXEL CHEMICAL COMPANY,**<br>**Plaintiff,**<br>**and**<br>**NUFARM AMERICAS INC.,**<br>**Consolidated Plaintiff,**<br>**and**<br>**PBI-GORDON CORPORATION,**<br>**Consolidated Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant,**<br>**and**<br>**CORTEVA AGRISCIENCE LLC,**<br>**Defendant-Intervenor.** | **Before: Claire R. Kelly, Judge**<br>**Consol. Court No. 25-00138** |

**ORDER**

Upon consideration of Consolidated Plaintiffs' unopposed Motion for Oral Argument, September 18, 2026, ECF No. 53, and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that oral argument shall be held on Thursday, December 3, 2026, at 11:00 a.m. in Courtroom 1 of the United States Court of International Trade, One Federal Plaza, New York, NY.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: September 21, 2026
New York, New York